**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Fred Cox, Sr v. Allen Samuels Chevrolet and Allen Samuels

Appellate case number:     01-17-00973-CV

Trial court case number:    2016-82605

Trial court:                  215th District Court of Harris County

      Appellant filed a document claiming indigence that did not comply with Rule of Civil Procedure 145 or Rule of Appellate Procedure 20.1. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1. Accordingly, we issued an order attaching a form Statement of Inability and advised appellant to file it in the trial court. Appellant filed the Statement of Inability in this Court. We forwarded that Statement of Inability to the trial court. The trial court filed the clerk's record, which showed no order requiring appellant to pay costs.

      Because the trial court did not issue an order under Rule 145(a), we conclude that appellant is indigent and is not required to pay the costs of the record or filing fees in this Court. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

      It is so ORDERED.

Judge's signature: ____/s/ Justice Richard Hightower_____

                   ☑ Acting individually     ☐ Acting for the Court

Date:    __February 26, 2019__